UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 09-4287 MHP (pr) |
| DWAIN PEOPLES, | **ORDER OF DISMISSAL** |
| Plaintiff. | |

This action was opened on September 15, 2009, when the court received from Dwain Peoples a document that was captioned "8-26- dismiss of circumstance charges 8/31 summary assetment (sic) adjudgement (sic) decree decision re-entry community release." On that date, the court notified plaintiff in writing that his action was deficient in that he had not attached a complaint or petition and had not filed an in forma pauperis application. The court further notified plaintiff that this action would be dismissed if he did not submit a complaint or petition within thirty days. Plaintiff has failed to provide the court with either a complaint or petition and the deadline to do so has passed. Accordingly, this action is DISMISSED without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction. The clerk shall close the file.

IT IS SO ORDERED.

Dated: November 17, 2009

_____
Marilyn Hall Patel
United States District Judge