UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re.                                                                     No. C 09-4287 MHP (pr)

DWAIN PEOPLES,                                               **JUDGMENT**

        Plaintiff.
_____/

      This action is dismissed without prejudice for failure to submit a pleading showing the court has subject matter jurisdiction.

      IT IS SO ORDERED AND ADJUDGED.

Dated: November 17, 2009                                _____
                                                         Marilyn Hall Patel
                                                          United States District Judge